## Moss *v.* HALL *et al.*

ATKINSON, J. There was no error in the ruling upon the admissibility of the evidence. The charge of the court was not subject to the criticisms made upon it. The verdict was supported by the evidence, and there was no error in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

SEPTEMBER 26, 1910.

Equitable petition. Before Judge Meadow. Greene superior court. June 22, 1909.

*Park & Park,* for plaintiff. *James Davison,* for defendants.